1060

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
JAMES STRINGER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86387, Richard M. Ishikawa, J., entered
August 20, 1980. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Andersen, C.J., and Ringold, J.

THE UNIVERSITY OF WASHINGTON, *Respondent,* v. DAVID
G. MANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 859457, Norman W. Quinn, J., entered April
14, 1980. *Reversed* by unpublished opinion per Williams, J.,
concurred in by Durham, A.C.J., and Swanson, J.